UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22590-CIV-HOEVELER/GARBER

KATHY EMERY,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court on the plaintiff's Motion for Sanctions [DE 74]. In addition thereto, the parties have moved for a hearing on this Motion [DE 78]. Upon due consideration, it is hereby

**ORDERED that a hearing will be held on said Motion for Sanctions on Monday, the 23rd day of August, 2010, at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.**

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of July, 2010.

/s/ Barry L. Garber
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE