UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22590-CIV-HOEVELER

KATHY EMERY,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
a foreign corporation,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court on the parties' motions for summary judgment. The Court has on this date entered its Order granting the Defendant's motion for summary judgment, in part, and granting Plaintiff's motion for summary judgment, in part. It is therefore

ORDERED AND ADJUDGED that Final Judgment be entered in favor of Defendant and against Plaintiff as to Counts I, III, and IV of the Complaint. Further, it is

ORDERED AND ADJUDGED that Final Judgment be entered in favor of Plaintiff and against Defendant as to Count II of the Complaint, and a civil penalty is imposed in the amount of $14,080 against Defendant and in favor of Plaintiff, for which sum let execution issue.

DONE AND ORDERED in Chambers in Miami this 20th day of October 2014.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies to:   counsel of record